Certificate Number: 05781-FLS-DE-041384791

Bankruptcy Case Number: 26-20101

05781-FLS-DE-041384791

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2026, at 10:06 o'clock PM PDT, Isaac Yerushalmi completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: August 29, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President